UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRENT ADLER,<br><br>    Petitioner,<br><br>    v.<br><br>GONZALEZ, WARDEN,<br><br>    Respondent. | Case No. CV 08-06570 VAP (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the First Amended Petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: January 10, 2009

_____
VIRGINIA A. PHILIPPS
UNITED STATES DISTRICT JUDGE